UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL BENNO, JESSICA ELAINE BENNO, JACOB DANIEL BENNO, LOGAN WAYNE BENNO, MARCIA JONES, DENNIS PERON, BRIAN MONTERROZO, RICHARD YOUNG, CHARLES B. McINTOSH, JESSICA CONCHA SOLANO, NICHOLAS NEAL BOLTON, WALTER CARNEY, JERILYN CARNEY, and, JOSH HANCOCK,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA COUNTY, SHASTA COUNTY SHERIFF'S DEPARTMENT, THOMAS BOSENKO, in his capacity as Sheriff of Shasta County, DALE FLETCHER, TOM BARNER, SHASTA COUNTY CODE ENFORCEMENT, SHASTA COUNTY BOARD OF SUPERVISORS, LESTER BAUGH, and DOES 1 to 10,<br><br>Defendants. | No. 2:16-cv-01110-TLN-CMK<br><br>**ORDER** |

On January 18, 2017, the Court notified the parties of Michael Pappas's ineligibility to practice before this Court. (ECF No. 13.) Plaintiffs were afforded ninety days to find new counsel. On April 19, 2017, Plaintiffs filed a proposed substitution of attorney (ECF No. 14) in which they seek to have Jennifer McGrath substituted as their counsel. Defendants filed

1

objections to Plaintiffs' proposed substitution of attorney. (ECF No. 15.) In their objections, Defendants assert that Ms. McGrath is a part of the law firm of McGrath, Pappas & Pincheff, the same law firm as Mr. Pappas. Defendants ask the Court to deny Ms. McGrath's substitution application because she failed to notify the Court of her connection with Mr. Pappas and that their law firm continues to represent Plaintiffs. (ECF No. 15 at 2.)

Defendants do not provide the Court with a reason to deny Ms. McGrath's application. Plaintiffs are entitled to the attorney of their choosing and have chosen Ms. McGrath. The Court will not deny Plaintiffs their right to choose their representation because Defendants contend that Ms. McGrath may have a connection with an ineligible attorney. The Court did not disqualify Mr. Pappas's firm, if in fact Ms. McGrath is a part of the firm.

Pursuant to Local Rule 137(b), Plaintiffs are ordered to send the word processing version of their Substitution of Attorney and Proposed Order to tlnorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: April 27, 2017

Troy L. Nunley
United States District Judge